MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. KIMBERLY CHRISTINA RIEDEL-BYLER
CASE NO. 3:15-cr-00008-01-SLG
Defendant: X Present Telephonically X On Bond
U.S.A. vs. DARREN K. BYLER CASE NO. 3:15-cr-00008-02-SLG
Defendant: X Present Telephonically X On Bond

BEFORE THE HONORABLE: SHARON L. GLEASON

DEPUTY CLERK: DENALI ELMORE

OFFICIAL REPORTER: R. JOY STANCEL

UNITED STATES' ATTORNEY: KYLE FREDERICK REARDON

DEFENDANTS' ATTORNEY: STEVEN M. WELLS FOR DEFT RIEDEL-BYLER
MICHAEL D. DIENI FOR DEFT BYLER

PROCEEDINGS: HEARING ON UNOPPOSED MOTION TO CONTINUE (DKT 47)
(FINAL PRETRIAL CONFERENCE) HELD SEPTEMBER 3, 2015

At 1:04 p.m. court convened.

Court and counsel heard re Unopposed Motion to Continue (dkt 47); **GRANTED** as to both defendants.

Final Pretrial Conference set for September 3, 2015 and Trial by Jury set for September 21, 2015 **VACATED** as to both defendants.

Final Pretrial Conference set for **November 23, 2015 at 3:00 p.m.** and Trial by Jury set for **December 9, 2015 at 8:30 a.m.** for the parties and 9:00 a.m. for the jury, as to both defendants.

Court found excludable delay under 18 U.S.C. § 3161(h)(7)(B)(iv) to give reasonable time to prepare as to both defendants.

At 1:12 p.m. court adjourned.

DATE: September 3, 2015    DEPUTY CLERK'S INITIALS: DJE
(Revised 1-29-2015)