```
                  MINUTES OF THE UNITED STATES DISTRICT COURT
                              DISTRICT OF ALASKA


U.S.A. vs. KIMBERLY CHRISTINA RIEDEL-BYLER CASE NO. 3:15-cr-00008-01-SLG
Defendant:  X Not Present    X On Bond
U.S.A. vs.    DARREN K. BYLER       CASE NO. 3:15-cr-00008-02-SLG
Defendant:  X Present, Telephonic   X On Bond

BEFORE THE HONORABLE:        SHARON L. GLEASON

DEPUTY CLERK/RECORDER:       SUZANNETTE DAVID-WATERS

OFFICIAL REPORTER:           R. JOY STANCEL

UNITED STATES' ATTORNEY:     KYLE FREDERICK REARDON

DEFENDANT'S ATTORNEY:        STEVEN M. WELLS FOR DEFT REIDEL-BYLER
                             MICHAEL D. DIENI FOR DEFT BYLER

PROCEEDINGS: FINAL PRE-TRIAL CONFERENCE HELD NOVEMBER 23, 2015
```
At 3:15 p.m. court convened.

Court and counsel heard re Defendant Riedel-Byler's non-appearance; Defendant Riedel-Byler's presence waived.

Court and counsel heard re status of case; parties ready for trial.

Estimated length of trial: 7 days.

Court and counsel heard re jury selection process, re possible use of Courtroom 2 for multi-defendants.

Court and counsel heard re issue of alternate selection.

Court and counsel heard re Lt. Will George from Juneau Office will be designated as co-counsel with the government.

Court and counsel heard re Mr. Wells' oral motion to address a matter ex parte; **GRANTED.**

At 3:43 p.m. court adjourned.


DATE:       November 23, 2015        DEPUTY CLERK'S INITIALS:  SDW
(Revised 1-29-2015)